UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU WA'EL (JIHAD) DHIAB,

     Petitioner,

  v.

BARACK H. OBAMA, et al.

     Respondents.

Civil Action No. 05-1457 (GK)

## ORDER

On May 21, 2014, a Status Conference was held in this case relating to Petitioner's Emergency Motion For Order Compelling Preservation of Evidence and Limited Discovery [Dkt. No. 217]. Upon consideration of the Motion, the Opposition [Dkt. No. 219], the Reply [Dkt. No. 220], the representations made at the conference, and the entire record herein, it is

**ORDERED**, that Petitioner's Emergency Motion For Order Compelling Preservation of Evidence and Limited Discovery [Dkt. No. 217] is **granted in part and denied in part;** and it is further

**ORDERED**, that the Government shall produce Petitioner's medical records from April 9, 2013 to December 31, 2013, no later than *June 10, 2014;* and it is further

**ORDERED**, that the Government shall produce all videotapes made between April 9, 2013, and February 19, 2014, that record both Petitioner's Forcible Cell Extraction and subsequent enteral feeding no later than *June 13, 2014*; and it is further

**ORDERED**, that the Government will file a list[1] of all current Standard Operating Procedures/Protocols directly addressing enteral feeding and/or the use of a restraint chair at Guantánamo Bay no later than *June 10, 2014*; and it is further

**ORDERED**, that the Government will keep the Court fully apprised as to Petitioner's medical condition; and it is further

**ORDERED**, that a status conference is scheduled for *June 18, 2014* *at 10 a.m.* to address any outstanding discovery issues and set a date for a Motion Hearing.

May 23, 2014

/s/ *Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF

---

[1] This list will be filed on the docket. To the extent that this conflicts with instructions given in today's status conference, this Order prevails.

-2-